UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFAIR AHMED SANI,<br><br>                        Petitioner,<br><br>v.<br><br>MARKWAYNE MULLINS, Secretary, U.S. Department of Homeland Security; PATRICK J. LECHLEITNER, Acting Director, ICE; GREGORY J. ARCHAMBEAULT, Field Office Director, ICE San Diego; and WARDEN, Otay Mesa Detention Center<br><br>                        Respondents. | Case No.: 26-cv-2736-JES-DDL<br><br>**ORDER REQUIRING STATUS REPORT BY RESPONDENTS** |

Before the Court are Petitioner Rufai Ahmed Sani's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") and Motion for Temporary Restraining Order ("TRO"), filed on April 30, 2026. ECF Nos. 1 ("Pet."), 2. Pursuant to the Court's order, Respondents filed a return on May 5, 2026. ECF No. 5 ("Return").

1

In the Return, Respondents stated that Petitioner had a bond hearing scheduled for May 8, 2025. Return at 1. In the interest of determining whether the Petition is still a live controversy, the Court **ORDERS** Respondents to file a Status Report regarding the outcome of the bond hearing no later than **May 13, 2026**.

**IT IS SO ORDERED.**

Dated: May 12, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-2736-JES-DDL