UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFAIR AHMED SANI,<br><br>                                   Petitioner,<br><br>v.<br><br>MARKWAYNE MULLINS, Secretary, U.S. Department of Homeland Security; PATRICK J. LECHLEITNER, Acting Director, ICE; GREGORY J. ARCHAMBEAULT, Field Office Director, ICE San Diego; and WARDEN, Otay Mesa Detention Center<br><br>                                   Respondents. | Case No.: 26-cv-2736-JES-DDL<br><br>**ORDER DISMISSING PETITION AS MOOT** |

Before the Court are Petitioner Rufai Ahmed Sani's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") and Motion for Temporary Restraining Order ("TRO"), filed on April 30, 2026. ECF Nos. 1 ("Pet."), 2. Pursuant to the Court's order, Respondents filed a return on May 5, 2026. ECF No. 5 ("Return"). In the Return, Respondents stated that Petitioner had a bond hearing scheduled for May 8, 2025. *Id.* at 1. The Court ordered a status update regarding the bond hearing, to determine whether the

1

Petition was still a live controversy. ECF No. 6. On May 12, 2026, Respondents filed a status report stating that Petitioner was released on bond. ECF No. 7.

As Petitioner is released from custody, his Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for TRO (ECF No. 2) are now moot. The Court thus **DISMISSES** the Petition and Motion for TRO as moot. The Clerk of the Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 12, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-2736-JES-DDL